```
Floyd W. Bybee, #012651
```
**BYBEE LAW CENTER, PLC**
```
2473 S. Higley Road
Suite 104-308
Gilbert, AZ  85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com
```

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Luis R. Montoya**, | No.  CV 10-0818-PHX-ROS |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT WITH WELLS FARGO BANK, N.A. ONLY** |
| **Wells Fargo Bank, National Association, and Trans Union,** | |
| Defendants. | |

Plaintiff, by and through counsel, hereby gives notice that Plaintiff and **Defendant Wells Fargo Bank, N.A. only** have reached a settlement in this case, and will be filing a stipulation of dismissal shortly.

/ / /

/ / /

DATED  September 8, 2010 .

       s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S. Higley Road
Suite 104-308
Gilbert, AZ  85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on  September 8, 2010 , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Adam E. Lang
    Gregory J. Marshall
    **SNELL & WILMER, LLP**
    One Arizona Center
    400 E. Van Buren
    Phoenix, AZ 85004-2202
    Attorneys for Defendant
      Wells Fargo Bank

    Philip R. Wooten
    **PHILIP R. WOOTEN PC**
    3413 E. Equestrian Trail
    Phoenix, AZ 85044-3403
    Attorney for Defendant
      Trans Union, LLC

by  s/ Floyd W. Bybee