1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  2473 S.  Higley Road
   Suite 104-308
3  Gilbert, AZ 85295-3023
   Office:  (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff
6

7              **UNITED STATES DISTRICT COURT**

8                  **DISTRICT OF ARIZONA**

9
10 Luis R. Montoya,                )   **No.  CV 2010-0818-PHX-ROS**
                                   )
11                                 )
                                   )
12      Plaintiff,                 )
                                   )
13 v.                              )   **STIPULATION OF DISMISSAL**
                                   )         **WITH PREJUDICE**
14 Wells Fargo Bank, N.A.,         )
   and Trans Union, LLC,           )
15                                 )
                                   )
16      Defendants.                )
                                   )
17                                 )

18      Plaintiff and Defendant Wells Fargo Bank, N.A. hereby
19 stipulate to the dismissal of this action at to **Wells**
20 **Fargo Bank, N.A.** with prejudice, each party to bear its
21 own fees and costs.
22 /  /  /
23 /  /  /
24
25

DATED   September 23, 2010  .

| s/ Floyd W. Bybee | /s Adam E. Lang |
|---|---|
| Floyd W. Bybee, #012651 | Adam E. Lang, #022545 |
| **BYBEE LAW CENTER, PLC** | Gregory J. Marshall, #019886 |
| 2473 S. Higley Road | **SNELL & WILMER, LLP** |
| Suite 104-308 | One Arizona Center |
| Gilbert, AZ 85295-3023 | 400 E. Van Buren |
| Office: (480) 756-8822 | Phoenix, AZ 85004-2202 |
| Fax: (480) 302-4186 | Office:  (602) 382-6000 |
| floyd@bybeelaw.com | alang@swlaw.com |
|  | gmarshall@swlaw.com |
| Attorney for Plaintiff |  |
|  | Attorneys for Defendant |
|  |   Wells Fargo Bank |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on   September 23, 2010 , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Philip R. Wooten
    **PHILIP R. WOOTEN PC**
    3413 E. Equestrian Trail
    Phoenix, AZ 85044-3403
    Attorney for Defendant
      Trans Union, LLC

by   s/ Floyd W. Bybee